UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JESSICA FRANKS, | ) |
| Plaintiff, | ) |
| v. | ) Civ. Action No. 1:20-cv-3393-APM |
| EDISON ELECTRIC INSTITUTE, | ) |
| Defendant. | ) |

## NOTICE OF ENTRY OF APPEARANCE

The Clerk will please enter the appearance of Kerrie D. Riggs, a member of the bar of this Court, in the above-captioned matter as attorney for Plaintiff Jessica Franks. Michael J. Kator will remain the lead attorney.

Respectfully submitted,

Date: October 17, 2022

  /s/ Kerrie D. Riggs
Michael J. Kator, D.C. Bar No. 366936
Kerrie D. Riggs, D.C. Bar No. 995784
Daniel Clark, D.C. Bar No. 156052
Kator, Parks, Weiser & Wright, PLLC
1200 18th Street, NW, Suite 1000
Washington, DC 20036
(202) 898-4800
mkator@katorparks.com
kriggs@katorparks.com
dclark@katorparks.com